IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MITZI A. COATE,

    Plaintiff,

vs.                              Civil Action 2:07-CV-606
                                  Judge Sargus
                                  Magistrate Judge King

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

### ORDER

On July 25, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner of Social Security be reversed and that this action be remanded to the Commissioner with directions for the granting of benefits. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The decision of the Commissioner of Social Security is **REVERSED** and this action is hereby **REMANDED** to the Commissioner of Social Security with directions for the granting of benefits.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

8-19-2008
Date

                                                      Edmund A. Sargus, Jr.
                                                    United States District Judge