AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

### Eastern Division

MITZI A. COATE,

        Plaintiff,

                                **JUDGMENT IN A CIVIL CASE**

v.

                                **CASE NO.  C2-07-606**

COMMISSIONER OF SOCIAL           **JUDGE EDMUND A. SARGUS, JR.**
SECURITY,                         **MAGISTRATE JUDGE NORAH MCCANN KING**

        Defendant.

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed August 20, 2008, JUDGMENT is hereby entered remanding this case to the Commissioner of Social Security with directions for the granting of benefits.  This case is closed.**

Date: August 20, 2008                   JAMES BONINI, CLERK

                                      */S/ Andy F. Quisumbing*
                                      (By) Andy F. Quisumbing
                                     Courtroom Deputy Clerk